**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1989**

YUYING LIN,

        Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 20, 2015      Decided: September 2, 2015

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gary J. Yerman, New York, New York, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Shelley R. Goad, Assistant Director, Julia J. Tyler, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuying Lin, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals denying as untimely Lin's motion to reopen her removal proceedings. We have reviewed Lin's claims in conjunction with the administrative record, and conclude that the Board did not abuse its discretion in denying the motion as untimely filed. See 8 C.F.R. § 1003.2(a), (c)(2) (2015). We therefore deny the petition for review for the reasons stated by the Board. See In re: Yuying Lin (B.I.A. Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2